UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAYTON, | No. 2:22-cv-1810-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| WEBULL FINANCIAL LLC, | |
| Defendant. | |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 2, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 20.) The time for filling objections has expired, and Plaintiff did not file any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

1 | Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed November 2, 2023 (ECF No. 20), are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: February 29, 2024

                                                                Troy L. Nunley
                                                                United States District Judge

2