## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BARRY LAYTON,**

CASE NO: **2:22–CV–01810–TLN–DB**

v.

**WEBULL FINANCIAL LLC,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/01/2024**

**Keith Holland**
Clerk of Court

ENTERED: **March 1, 2024**

by: /s/ A. Woodson
Deputy Clerk